AO450 - Judgment in a Civil Case

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Charles Benjamin "Ben" Dickerson, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**TLC LASIK Centers:**<br><br>TLC The Laser Eye Center (Institute), Inc.; TLC The Laser Center (Carolina), Inc.; TLC The Laser Center (Madison), Inc.; TLC The Laser Center (Institute), Inc. d/b/a TLC Denver; TLC The Laser Center (Institute), Inc. d/b/a TLC Atlanta; TLC Laser Eye Centers Oklahoma City; TLC The Laser Center (Tri-Cities), Inc.; TLC The Laser Center (Massachusetts), Inc.; TLC The Laser Center (Brea), Inc.; TLC Laser Eye Centers Cleveland; TLC Laser Eye Centers Columbus; TLC The Laser Center (Boca Raton), Inc.; TLC Laser Eye Centers (Pittsburgh), TLC Laser Eye Centers (Fargo); Valley Laser Eye Center, LLC; TLC The Laser Center (Institute), Inc. d/b/a TLC Manhattan; TLC The Laser Center (Institute), Inc. d/b/a TLC Garden City; TLC The Laser Center (Institute), Inc. d/b/a TLC Torrance; TLC The Laser Center (Northeast), Inc. d/b/a TLC North Jersey; TLC Laser EyeCenters Tulsa; TLC Laser Center (Northeast), Inc. d/b/a TLC Rockville; TLC The Laser Center (Institute) Inc. d/b/a TLC White Plains; TLC Midwest Eye Laser Center, Inc. d/b/a TLC Chicagoland; TLC The Laser Center (Northeast), Inc. d/b/a TLC Big Sky; TLC The Laser Center (Institute), Inc. d/b/a TLC Charleston; TLC The Laser Center (Institute), Inc. d/b/a TLC San Antonio; TLC Laser Eye Centers Edina; | C.A. No. 6:10-cv-00685-JMC<br><br>**JUDGMENT** |

| | |
|---|---|
| TLC The Laser Center (Indiana), LLC; TLC The Laser Center (Institute), d/b/a TLC Ft. Lauderdale; TLC The Laser Center (Institute), d/b/a TLC Tampa; | ) ) ) ) ) |
| **TLC Clinical Directors:** | ) ) |
| Jo Angeles, O.D.; Kristen Brown, O.D.; E. Edward Carmen, O.D.; Phillip Cuva, O.D.; Despina Fikaris, O.D.; J. Christopher Freeman, O.D.; Jeffrey J. Genos, O.D.; Lee Ann Gertz, O.D.; Rhonda Kerzner, O.D.; David Kohler, O.D.; William Bruce Laurie, Jr., O.D.; Michael Mariano, O.D.; Elizabeth M. McLemore, O.D.; Melissa Melott, O.D.; Andrew S. Morgenstern O.D.; Debbie Pian, O.D.; Mary J. Rauch, O.D.; Carl J. Roth, O.D.; Susan Shin, O.D.; Stephen Siegel, O.D.; Mark A. Slosar, O.D.; Thomas Spetalnick, O.D.; Derek Van Veen, O.D.; Cynthia Yaeger, O.D.; Individually and in their capacity as Clinical Director for TLC The Laser Eye Center (Institute), Inc.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **TLC LASIK Surgeons:** | ) ) |
| Jodi Abramson, M.D.; Alberto Aran, M.D.; Robert Arffa, M.D.; David K. Aymond, M.D.; David Boes, M.D.; Stan Braverman, M.D.; Stephen Brint, M.D.; Barry Concool, M.D.; Charles Davis, M.D.; Eric Donnenfeld, M.D.; Martin Fox, M.D.; David Hunter, M.D.; Scott Jaben, M.D.; Jeffrey Machat, M.D.; Peter Mogyordy, M.D.; John Oster, M.D.; George Pardos, M.D.; Edward Perraut, M.D.; Louis Probst, M.D.; Randall Rabon, M.D.; Jeff Robin, M.D.; Roy Rubinfeld, M.D.; Stephen Slade, M.D.; Mark Speaker, M.D.; Robert Spector, M.D.; Nancy Tanchel, M.D.; Brad Taylor, M.D.; Gregory Temas, M.D.; Stewart Terry, M.D.; Mark E. Whitten, M.D.; Larry Womack, M.D.;Wendell Wong, M.D.; Jonathan Woolfson, M.D.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **TLC Management:** | ) ) |

Brian Andrew, Esq.; Stacey Anne Lerum;    )
Bob May, Esq.; John Potter, M.D.,         )
                                          )
                    Defendants.           )
_____ )

**[X]** **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered. Defendants Jo Angeles, Kristen Brown, E Edward Carmen, Phillip Cuva, Despina Fikaris, J Christopher Freeman, Jeffrey J Genos, Rhonda Kerzner, David Kohler, William Bruce Laurie, Jr, Michael Mariano, Elizabeth M McLemore, Andrew S Morgenstern, Debbie Pian, Mary J Rauch, Carl J Roth, Susan Shin, Stephen Siegel, Mark A Slosar, Thomas Spetalnick and Brad Taylor were dismissed previously by consent order. Defendants Peter Mogyordy, Barry Concool, Charles Davis and Robert Spector were dismissed previously by voluntary dismissal. It is

**ORDERED, ADJUDGED AND DECREED** that the defendants TLC The Laser Eye Center Institute Inc., Louis Probst, Jeff Robin, Gregory Temas, Jonathan Woolfson, Alberto Aran, Robert Arffa, David K Aymond, Charles Davis, Melissa Melott, Randall Rabon, Stephen Slade, Nancy Tanchel, Larry Womack, Wendell Wong, TLC The Laser Center Institute Inc-Torrance, Brian Andrew, Stacey Anne Lerum, John Potter, TLC Laser Center Northeast Inc-Rockville, TLC Laser Eye Centers Cleveland, TLC Laser Eye Centers Columbus, TLC Laser Eye Centers Edina, TLC Laser Eye Centers Fargo, TLC Laser Eye Centers Oklahoma City, TLC Laser Eye Centers Pittsburgh, TLC Laser EyeCenters Tulsa, TLC Midwest Eye Laser Center Inc-Chicagoland, TLC The Laser Center Boca Raton Inc, TLC The Laser Center Brea Inc, TLC The Laser Center Carolina Inc, TLC The Laser Center Indiana LLC, TLC The Laser Center Institute Inc-Atlanta, TLC The Laser Center Institute Inc-Charleston, TLC The Laser Center Institute Inc-Denver, TLC The Laser Center Institute Inc-Garden City, TLC The Laser Center Institute Inc-Manhattan, TLC The Laser Center Institute Inc-San Antonio, TLC The Laser Center Institute Inc-White Plains, TLC The Laser

Center Institute-Ft Lauderdale, TLC The Laser Center Madison Inc, TLC The Laser Center Massachusetts Inc, TLC The Laser Center Northeast Inc-Big Sky, TLC The Laser Center Northeast Inc-North Jersey, TLC The Laser Center Tri-Cities Inc, TLC The Laser Eye Center Institute Inc, TLC The Laser Institute-Tampa, Valley Laser Eye Center LLC, Jodi Abramson, David Boes, Stan Braverman, Eric Donnenfeld, Martin Fox, John Oster, George Pardos, Louis Probst, Roy Rubinfeld, Mark Speaker, Stewart Terry, Edward Perraut, Mark E Whitten, Jeff Robin, Gregory Temas, Stephen Brint,, Derek Van Veen, Cynthia Yaeger, motions to dismiss are granted.  It is further

**ORDERED, ADJUDGED AND DECREED** that the remaining defendants, Lee Ann Gertz, David Hunter, Jeffrey Machat and Bob May have not made an appearance in this action. There is no proof of service on these Defendants. Accordingly, the court dismisses Plaintiffs claims against these Defendants pursuant to Rule 4(m), Fed. R. Civ. P.

                                                LARRY W.  PROPES, Clerk

                                                s/Amanda Williams
By_____
                                                  Deputy Clerk

February 4, 2011